1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   WILLIE EARL BAKER,
11           Plaintiff,                         No. CIV S-09-2432 KJM P
12       vs.
13   GREGORY C. WARDE et al.,
14           Defendants.                        ORDER
15   _____/
16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In light of 1996
18   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
19   forma pauperis.   In addition, plaintiff has filed a motion for the appointment of counsel which
20   this court will not address.
21           The federal venue statute requires that a civil action, other than one based on
22   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if
23   all defendants reside in the same State, (2) a judicial district in which a substantial part of the
24   events or omissions giving rise to the claim occurred, or a substantial part of property that is the
25   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
26   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1   In this case, the defendant(s) are located and the claim arose in Marin County,
2 which is in the Northern District of California.  Therefore, plaintiff's claim should have been
3 filed in the United States District Court for the Northern District of California.  In the interest of
4 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.
5 <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
6   Accordingly, IT IS HEREBY ORDERED that:
7   1. This court has not ruled on plaintiff's request to proceed in forma pauperis or
8 his motion for the appointment of counsel; and
9   2. This matter is transferred to the United States District Court for the Norther
10 District of California.
11 DATED: October 13, 2009.

_____
U.S. MAGISTRATE JUDGE

2
bake2432.21a

2